## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:08CR00318 SWW |
| | ) | |
| TADRIAN JONES-CASEY | ) | |

## ORDER

The defendant's motion for bond hearing (docket entry no. 73) is granted. The hearing will be conducted on Monday, May 13, 2013, at 10:30 a.m.

IT IS SO ORDERED this  6   day of May, 2013.

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE