# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 4:08CR00318 SWW |
| ) | |
| TADRIAN JONES-CASEY ) | |

## ORDER

The defendant's motion to withdraw his request for bond hearing (docket entry no. 76) is granted.

IT IS SO ORDERED this __10__ day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE